# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2015

Robert P. Young, Jr.,
Chief Justice

150146(55)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant,

v

PAUL CHARLES SEEWALD,
            Defendant-Appellee.

SC:  150146
COA:  314705
Wayne CC:  12-010198-FH

_____/

On order of the Chief Justice, the motion of the Prosecuting Attorneys Association of Michigan for reconsideration of the March 25, 2015, order denying its motion to participate in oral argument is GRANTED.  On further order of the Chief Justice, the motion of the Prosecuting Attorneys Association of Michigan to participate in oral argument by sharing ten minutes of the plaintiff-appellant's allotted time for argument is now GRANTED, having received the consent of the Attorney General.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2015



Clerk